O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3265 AHM (CTx) | Date | June 4, 2009 |
|---|---|---|---|
| Title | HOVIK H. SOLAIMANIAN V. CITIBANK, NA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

On February 3, 2009, Plaintiff Hovik H. Solaimanian filed an action in Los Angeles Superior Court against Citibank, N.A., HSBC Mortgage Corp. ("HSBC"), Countrywide Home Loans, Washington Mutual Bank, Quality Loan Services Corp., and Does 1 to 250.  On May 8, 2009, HSBC removed the action to this Court.  HSBC states that, to the best of its knowledge, all defendants have been served.  Notice of Removal ¶ 4.  HSBC provides proof of Quality Loan Service Corporation's consent to removal, but offers no proof of consent by Countrywide Home Loan or Washington Mutual Bank.  *See* Notice of Removal, Exhibit C.

A federal court must determine its own jurisdiction even if there is no objection to it.  *Rains v. Criterion Sys., Inc.,* 80 F.3d 339 (9th Cir. 1996).  The removal statute is strictly construed against removal and the burden of establishing jurisdiction in the federal forum rests on the party invoking the statute — here, Defendant.  *Ethridge v. Harbor House Rest.*, 861 F.2d 1389, 1393 (9th Cir. 1988); *Indus. Tectonics, Inc. v. Aero Alloy*, 912 F.2d 1090, 1092 (9th Cir. 1990).  All defendants in the state action must normally join in the notice of removal.  *Parrino v. FHP, Inc.*, 146 F.3d 699, 703 (9th Cir. 1998), *overruled on other grounds by Abrego Abrego v. The Dow Chem. Co.*, 443 F.3d 676 (9th Cir. 2006); Schwarzer, et al., *Federal Civil Procedure Before Trial*, ¶¶ 2:611, 2:974 (2009).  "It is not required that all defendants actually sign the notice of removal.  But those who do not sign should submit a written form of joinder by which they agree to the action taken on their behalf."  *Id.* at ¶ 2:975 (citations omitted).

HSBC has failed to provide proof that all named and served defendants have consented to removal.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3265 AHM (CTx) | Date | June 4, 2009 |
|---|---|---|---|
| Title | HOVIK H. SOLAIMANIAN V. CITIBANK, NA, et al. | | |

Accordingly, HSBC is ORDERED to SHOW CAUSE in writing by not later than **June 17, 2009** why this action should not be remanded for lack of removal jurisdiction. Failure to respond on or before that date will be construed as consent to remand.

:

Initials of Preparer   se